JANUARY 6 2015.

Abel Acosta
Clerk of the Court
P.O. Box 12308
Austin, Texas 78711

82,637-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

RE: Larry Eugene Wright Vs The State of Texas
      Trial Court No 333724-B

Dear Sir:

   Enclosed Please find the following instrument to be
filed in your office in the Above Reference cause Number. Please date stamp this letter, file and notify me of the
file by serving me this date stamp letter.

(1) Plaintiffs Original Application For Writ of Mandamus

(2) Exhibit "A"

(3) Motion For Leave 72.1

(4) Affidavit of Indigence

(5) 6 month TDCI inmate trust fund account verification

   I want to thank you in advance for your assistance
in this matter.

                                    Respectfully Submitted

                                    Larry E. Wright
                                    Larry E. Wright #331704

CAUSE NO 333724-B

STATE OF TEXAS
COUNTY OF WALKER

## AFFIDAVIT OF INDIGENCE

My name is Larry Eugene Wright. my date of birth is December 27, 1950. my inmate identifying number is #331704. I am presently incarcerated in TDCJ Ellis Unit in Huntsville, Walker County Texas. I declare under penalty of perjury that the foregoing is true and correct and I have personel knowledge of facts eiv prac rem code ann § 132.001 Acts 2011. Executed the 6th day of January 2015.

I Larry Eugene Wright am over the age of twenty-one years of age. of sound mind capable of making this affidavit and personally aquainted with facts. Please see TDCJ Trust Fund 6 months account sheet attached.

I have no gouverment entitlements or income.
I work in the capicity of involountary servitude and have no employment income.
I have no other income -[interest dividends etc]
I have no property owned.
I have no cash or checking accounts
I have no dependents debt or monthly expensess and
I am unable to pay cost of this cause Rule of civil procedure 145.

Sincerly Yours

Larry E. Wright
Affiant

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE      01/06/15
E072/SM00004                IN-FORMA-PAUPERIS DATA             15:12:08
TDCJ#: 00331704 SID#: 02879395 LOCATION: ELLIS          INDIGENT DTE:
NAME: WRIGHT,LARRY EUGENE                BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS: 00973323
CURRENT BAL:        19.97 TOT HOLD AMT:        0.00 3MTH TOT DEP:       85.00
6MTH DEP:          135.00 6MTH AVG BAL:       53.59 6MTH AVG DEP:       22.50
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14      84.99          35.00        09/14      55.83          0.00
11/14      93.27          50.00        08/14      93.27          50.00
10/14      43.68           0.00        07/14      43.35          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Walker
ON THIS THE 6th DAY OF January ,2015 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



M. SCHANFISH
Notary Public. State of Texas
My Commission Expires
10-27-2017
Notary Without Bond

EX PARTE

LARRY EUGENE WRIGHT

VS.

THE STATE OF TEXAS

IN THE 189ND DISTICT COURT

FOR

HARRIS COUNTY, TEXAS

TRIAL CAUSE NO. 333724-B

## MOTION FOR LEAVE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the APPLICANT in this said habeas Petition Requesting leave to file his "writ for issuance of Mandamus AND APPLICANT would show As follows to wit:

### I.

Application for good cause would seek Mandamus Action to order the trial court make a Recommendation and issue its conclusion of law Regarding the issues in Regards to the Board of Paroles violation of Procedure AND ANY other issues concerning the operation of his twenty year sentence.

### II

Because Applicant's sentence has a "MANDATORY RELEASE DATE" that would Automatically require for him to be Released from Prison, his liberty interest would hereby give good cause for a speedy Resolution in this habeas Proceeding.

Therefore Applicant Request for leave to file writ of mandamus seeking issuance of his now pending Habeas Corpus Petition.

## PRAYER

Wherefore Applicant prays this Honorable Court will grant writ of mandamus to compel the trial court to rule on motions filed in conjunction with his 11.07 writ of Habeas Corpus.

## DECLARATION

I, Larry Eugene Wright, #331704 declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Signed Larry E. Wright
Larry E. Wright

## CERTIFICATE OF SERVICE

I, Larry Eugene Wright, #331704 appearing pro-se do hereby certify that a true and correct copy of Applicant's leave to file 72.1 in support of his writ of mandamus has been served by placing same in the U.S. Mail box on this 6 day of January 2015.

Clerk of Court
Abel Acosta
P.O. Box 12308
Austin, Texas

Respectfully Submitted
Larry E. Wright
Larry E. Wright #331704
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

CAUSE NO. 333724-B

LARRY EUGENE WRIGHT          IN THE 182ND JUDICIAL
TDCI-ID# 331704
          RELATOR

V          DISTRICT COURT OF

CHRI DANIEL, HARRIS COUNTY DISTICT
CIERK, IN HIS OFFICIAL CAPACITY
          RESPONDENT          HARRIS COUNTY TEXAS

## A. PLAINTIFFS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Larry Eugene Wright, Relator. PRO SE IN Above styled and numbered cause of Action and files this Original Application For Writ of MANDAMUS, Pursuant to Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure. AND would show the Court the following:

## B. RELATOR

1.01 Larry Eugene Wright, TDCI# 331704, is an offender incarcerated in the Texas Department of Criminal Justice and is appearing Pro Se. who can be located at the Ellis Unit, 1697 FM 980, Walker County, Huntsville Texas. 77343.

1.02 Relator has exhausted his remedies and has no other adequate remedy at law.

1.03 The act sought to be compelled is ministerial, not discretionary in nature. TCCP Art. 11.07 Section (c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made have been transmitted to the Court of Criminal Appeals. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by statue, Relator would have received notice from the Court of Criminal Appeals.

## II.

## C. RESPONDENT

2.01 Respondent Chris Daniel, in his capacity as District Clerk of Harris County Texas has a ministerial duty to recieve and file a papers in a criminal proceeding, and perform all other duties

2

imposed on the clerk by law pursuant to TCCP Art. 2.21. and is responsible under TCCP 11.07 Sec. (3) to immediately transmit to the court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made if the convicting court denies that there are no issues to be resolved. Chris Daniels, District Clerk, Harris County may be served at his place of business at P.O. Box 4651 Housto, Texas, 77210-4651.

## III.

## D. VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

3.01 The Respondent violated Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the court of Criminal Appeals within the time prescribed by law and within the time reasonable from the date on which the documents were requested to be transmitted.

3.02 Requests for the transmittal of the application for writ of habeas corpus, any answers filed and a certificate reciting the date upon which that finding was made were made by Relator to

3

Chris Daniel, District Clerk Harris County by certified mail letter dated 12/1/14 ___, ___, ___; Pursuant to Article 11.07 Section 3(c) of the Code of Criminal Procedure. True and accurate copies of the above letters are attached hereto as Exhibits "A" through "___" and are incorporated by reference herein for all purposes.

3.03 To date, Relator has recieved no response from Respondent regarding Relator's request for transmittal of a copy of the application for writ of habeas corpus. Any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

3.04 As is clear from Relator's letters, Relator has repeatly put Respondent on notice that Relator seeks the transmittal of a copy of the application for writ of habeas corpus, Any answers filed and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals and that such records are required by the Court of Criminal Appeals to Act on Relator's writ of habeas corpus. Relator has gone well beyond any requirements or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas Code of Criminal Procedure, Article 11.07 Section (c), is acting in

4

BAD FAITH, AND HAS ALSO FAILED TO AFFORD RELATOR THE PROFFESSIONAL AND COMMON COURTESY OF ANY RESPONSES TO HIS CORRESPONDENCE AND REQUESTS.

3.05 Article 11.07 Section 3(c) CLEARLY STATES THAT "[I]F THE CONVICTING COURT DECIEDES THAT THERE ARE NO SUCH ISSUES, THE CLERK SHALL IMMEDIATELY TRANSMIT [emphasis ADDED] TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE. FAILURE OF THE COURT TO ACT WITHIN THE ALLOWED 20 DAYS SHALL CONSTITUTE SUCH A FINDING. TEXAS CODE OF CRIMINAL PROCEDURES Article 11.07 Sec (c). RESPONDENT IS IN VIOLATION OF THIS PROCEDURE. MINISTERIAL DUTIES, AND THUS THE LAWS OF THIS STATE.

## IV.
## D. PRAYER FOR RELIEF

WHERFORE, PREMISES CONSIDERED, RELATOR LARRY EUGENE WRIGHT PRO SE. RESPECTFULLY REQUESTS A FINDING THAT THE RESPONDENT DID NOT TRANSMIT DOCUMENTS TO THE COURT OF CRIMINAL APPEALS WITHIN A REASONABLE TIME AFTER AFTER THE DATE THEY WERE REQUESTED AND THAT RELATOR BROUGHT THIS LITIGATION IN GOOD FAITH AND HAS SUBSTANTIALLY PREVAILED. RELATOR PRAYS FOR AND ORDER DIRECTING RESPONDENT TO TRANSMIT COPY OF THE APPLICATION FOR WRIT

of HABEAS CORPUS, ANY ANSWERS FILED, AND A certificate Reciting the DATE UPON which that finding WAS MADE to the Court of Criminal Appeals AS DIRECTED in Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure AND AS REQUESTED in Relator's letters (Exhibits "A through" ___ ).

Respectfully submitted

By _____ Jarry E. Wild
Relator.

THE STATE OF TEXAS

COUNTY OF Walker

## E. AFFIDAVIT

I SWEAR UNDER OATH that the facts AND Allegations in the above APPLICATION FOR WRIT OF MANDAMUS ARE true AND correct.

_Larry E. Wylt_
Relator

SIGNED UNDER OATH BEFORE ME, on this the ___6___ DAY of JANUARY, 2015.

_____
Notary Public in AND for the State of Texas.

_____
NAME

MY Commision EXPIRES_____

## F. CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above APPLICATION FOR WRIT OF MANDAMUS WAS SERVED ON_____ by placing A copy in the U.S. Mail ADDRESSED

to: _____ on this the ___6___ DAY of JANUARY 2015.

Barry E. Wright
RELATOR

LARRY EUGENE WRIGHT

TDC-J # 331704

RELATOR

V

HARRI COUNTY DISTRICT CLERK
CHRI DANIEL, IN HIS OFFICIAL
CAPACITY RESPONDENT

CAUSE NO 333724-B

IN THE 182ND JUDICIAL

DISTRICT COURT OF

HARRIS COUNTY, TEXAS

## ORDER

On this DAY, CAME ON to be heard the foregoing Relator's Application for Writ of MANDAMUS AND it APPEARS to the Court that the same should be:

_____ GRANTED

It IS THEREFORE ORDERED THAT, the District Clerk shall immediately transmit to the Court of Criminal Appeals A COPY OF THE Application for writ of HABEAS CORPUS, ANY ANSWERS filed, AND A certificate Reciting the DATE UPON which that transmittal WAS MADE.

SIGNED on this ____ DAY of _____ 2015.

_____
PRESIDING JUDGE

December 1, 2014          333724-B          Larry E. Wright
                                            #331704 Ellis Unit
                                            1697 FM 980

Exhibit A

Re: Requesting status-Disposition on Pending writ of
habeas corpus - letter of inquiry

Dear Sir:
    A Writ of Habeas Corpus. 11.07 Application was filed
and recieved on 9.18.14. The States Original Answer
dated 10.6.14 was to request convicting court 182nd District
Court to file affidavit. Presiding Judge of said court ordered
the Office of the General Counsel, Texas Dept. of Criminal
Justice to respond to said affidavit within thirty days of the
signing of the Order dated 10.18.14. As of this writting Appli-
cant has not recieved copies of said affidavit, nor have applicant
recieved any letters, correspondence from clerk of said court,
District Clerk nor Assistant District Attorney. Applicant contends
that more than ample time has elapsed and pending status
of this legal procedure is requested and all legal documents,
letters, and affidavits pretaining to this Writ of Habeas Corpus
11.07 copies, be forwarded to applicant as prescribed by law.

c/c                                         Sincerly
file
District Clerk- Chris Daniel                Larry E. Wylt
Assistant District Attorney
Clerk- Post Conviction Division